## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **JEFFREY BORST AND BORST DETASSELING, INC.** | **CASE NO.** |
| **Plaintiffs,** | |
| **v.** | **ORIGINAL NOTICE** |
| **COVINGTON SPECIALTY INSURANCE COMPANY,** | |
| **Defendants.** | |

**TO THE ABOVE-NAMED DEFENDANT:   COVINGTON   SPECIALTY   INSURANCE COMPANY**

You are notified that a Petition has been filed in the office of the Clerk of Court in the above-captioned action.  A copy of the Petition (and any documents filed with it) is attached to this Original Notice.  Plaintiff's attorneys are Christopher Stewart and Adam Witosky **of Gribble, Boles, Stewart & Witosky whose address is 2015 Grand Avenue, Suite 200, Des Moines, Iowa 50312.**

This Petition was filed on the 28th day of October, 2020.

**THIS CASE HAS BEEN FILED IN A COUNTY THAT UTILIZES ELECTRONIC FILING.  FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM.  FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are further notified that unless, within twenty (20) days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer by using the Iowa Judicial Branch Electronic Filing Interface at https://www.iowacourts.state.ia.us/EFile, judgment will be entered against you upon Plaintiff's claim together with interest and court costs.

NOTE:  The attorney who is expected to represent the Defendant should be promptly advised by Defendant of the service of this Notice.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 421-0990.  (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.

**Exhibit A p. 1**

E-FILED  2020 OCT 30 9:21 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.* EQCE086276

*County* Polk

*Case Title* JEFFREY BORST ET AL VS COVINGTON SPECIALTY INS CO

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued* 10/30/2020 09:21:44 AM



*District Clerk of* Polk                         *County*

/s/ Jennifer Ewers

E-FILED  2020 OCT 28 9:00 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| **JEFFREY BORST AND BORST DETASSELING, INC.** | **CASE NO.** |
| **Plaintiffs,** | |
| **v.** | **PETITION FOR DECLARATORY JUDGMENT** |
| **COVINGTON SPECIALTY INSURANCE COMPANY,** | |
| **Defendants.** | |

**COMES NOW**, the Plaintiffs, Jeffrey Borst and Borst Detasseling, Inc. and pursuant to Iowa Rule of Civil Procedure 1.1101 and for their Petition for Declaratory Judgment respectfully states the following:

### I.      PARTIES, JURISDICTION AND VENUE

1.      In this action, Plaintiffs, Jeffrey Borst and Borst Detasseling, Inc., seek a declaration of rights between the parties.

2.      Borst Detasseling, Inc. (hereinafter Borst Detasseling) is a corporation registered to be business in the State of Iowa and Iowa Secretary of State and owns and operates a detasseling company with its home office located in Altoona, Iowa.

3.      Jeffrey Borst is the owner and managing member of Borst Detasseling and at all relevant times was a resident of Polk County, Iowa.

4.      Covington Specialty Insurance Company (hereinafter Covington) is a Georgia based company providing insurance policies and coverage throughout the United States.

E-FILED  2020 OCT 28 9:00 AM POLK - CLERK OF DISTRICT COURT

5.      Venue is proper pursuant to Iowa Code ¶ 616.7 and 616.17 and the amount in controversy exceeds the jurisdictional limits of small claims and satisfies the jurisdictional requirements of the district court.

## II.      FACTS

6.      Borst Detasseling carried a Commercial General Liability policy #VBA549970 with Covington at all times relevant hereto,

7.      On or around July 15, 2017, Borst Detasseling was operating a bus utilized in the transportation of employees to and from corn fields.

8.      At approximately 6:15 p.m. on July 15, 2017, the bus operated by Borst Detasseling was involved in an accident.

9.      It is alleged that Loni Huntley, Lucas Samuelson and Riley Samuelson were injured in the accident.

10.     On July 11, 2019, Loni Huntley filed a petition outlining Negligence, Respondeat Superior against Borst Detasseling and Jeffrey Borst, among others in Polk County, Iowa case no. LACL145045.

11.     On July 11, 2019, Lucas Samuelson and Riley Samuelson filed a petition outlining a negligence claim against Borst Detasseling and Jeffrey Borst for their injuries. This matter is currently pending in Boone County, Iowa case no. LACV041635.

12.     In both LACL145045 and LACV041635, cross-claims have been asserted against Borst Detasseling and Jeffrey Borst by Durham School Services, L.P for indemnification for property damage to the bus in question and any damages assessed against them due to the accident.

E-FILED  2020 OCT 28 9:00 AM POLK - CLERK OF DISTRICT COURT

13.     After the facts alleged in both LACL145045 by Huntley and LACV041635 by the Samuelsons and the cross-claims asserted by Durham, Borst Detasseling and Jeffrey Borst requested indemnification, payment and defense from Covington.

14.     Covington denied coverage in its entirety on the matter on August 23, 2019.

### III.     <u>INSURANCE POLICY AT ISSUE</u>

15.     The insured under policies Commercial General Liability policy #VBA549970 with Covington.

16.     The policies in question were in effect from July 10, 2017 through July 10, 2018.

17.     Plaintiffs were at all times current on Covington's policy requirements and payments.

18.     The policy issued to Borst outlines clear coverage for bodily injury and property damage. Specifically, "[t]his insurance applies to 'bodily injury' and 'property damage.'"

19.     Both Huntley and the Samuelsons have requested damages for bodily injury and property damages.

20.     Durham has further requested indemnification pursuant to the lease agreement between the parties "to be liable for and to pay and satisfy every claim and liability arising against the leased school bus or by reason of the operation or use of the school bus during the term of the lease."

21.     Covington denied coverage based upon an "Aircraft, Auto or Watercraft' exclusion and "Workers' Compensation and Similar Laws" exclusion.

E-FILED  2020 OCT 28 9:00 AM POLK - CLERK OF DISTRICT COURT

22.     However, the requested relief by Huntley and Samuelson are specifically defined within policy definitions of "bodily injury" and "property damages" as included within the policy.

23.     Further, the policy does not discuss the use of a rented bus for transport and specifically outlines that the policy exclusions do not apply to "liability assumed by the insured under an 'insured contract'" as alleged by Durham.

**WHEREFORE**, the Plaintiffs, Borst Detasseling, Inc. and Jeffrey Borst request the court enter a ruling finding as follows:

1.     The complaints and requested relief of Huntley, Samuelsons and Durham are covered under the bodily injury and property damages sections of the policy in question.

2.     The causes of action brough by Huntley, Samuelsons and Durham are not excluded under the employment related practices exclusions or auto exclusions.

3.     Borst Detasseling and Jeffrey Borst are covered under the policy for Durham's cross-claims under the "liability assumed by the insured under an 'insured contract'" portion of the policy for damages alleged to have been caused by Durham.

**GRIBBLE, BOLES, STEWART & WITOSKY LAW**

BY: */s/ Christopher Stewart*
     Christopher Stewart AT0013127
     Adam Witosky AT0010436
     2015 Grand Avenue, Suite 200
     Des Moines, Iowa 50312
     Telephone: (515) 235-0551
     Fax: (515) 243-3696
     Email: cstewart@gbswlaw.com
        awitosky@gbswlaw.com
**ATTORNEYS FOR DEFENDANT**
**JEFFREY BORST, BORST DETASSELING,**
**INC.**

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

Case Number: EQCE086276

| | |
|---|---|
| JEFFREY BORST AND BORST DETASSELING,INC.<br>Plaintiff(s),<br><br>v.<br><br>COVINGTON SPECIALTY INSURANCE COMPANY,<br>Defendant(s), | ACCEPTANCE OF SERVICE |

---

Service of the foregoing, ORIGINAL NOTICE, PETITION ET AL, is hereby accepted as provided by the law for COVINGTON SPECIALTY INSURANCE COMPANY, defendant named herein, the 14th of Janurary, 2021.

Commissioner of Insurance

Doug Ommen

Exhibit A p. 7